JOHN STROBRIDGE, *Respondent, v.* MINOR T. JONES and another, *Administrators, Appellants.* — Judgment affirmed, with costs.

WILLIAM W. HARE, *Appellant, v.* HENRY SCOFIELD, *Respondent.* — Motion for reargument denied, with ten dollars costs.

ELIAS SMITH, *Plaintiff, v.* HIRAM W. BRUNDAGE, *Defendant.* — Motion to go to Court of Appeals, or reargument denied.

IN THE MATTER OF THE WILL OF THOMAS HANNAH. — Decree affirmed, with costs against appellants personally, on opinion of surrogate.

JOHN MONTGOMERY and others, *Executors, Respondents, v.* MARGARET L. KERWIN, *Appellant.* — Judgment affirmed, with costs.

HARVEY HENDERSON, *Overseer, etc., Respondent, v.* C. LEROY WILLIAMS, *Appellant.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.; LEARNED, P. J., dissenting.

THE ATTORNEY GENERAL, *v.* THE NORTH AMERICA LIFE INSURANCE COMPANY. — Order affirmed, without costs.

IN THE MATTER OF REMOVAL OF RICHARD C. JENNYSS. — Matter to stand over to next term. Respondent to serve answer ten days before that term.

TEMPLE *v.* HIND. — Cause stricken from calendar, and judgment.

ZADOCK B. SCHOONMAKER, *Appellant, v.* WALTER S. CHURCH and others, *Respondents.*

ANNA E. SHULTES and ADAM H. SHULTES, *Appellants, v.* WALTER S. CHURCH, *Respondent, Impleaded, etc.* — Judgments affirmed, with costs, with leave to plaintiffs to serve complaints on payment of costs within thirty days after notice of judgment.

ALPHEUS KINNE, *as Administrator, etc., Respondent, v.* THOMAS C. KINNE, *Appellant.* — Order reversed, with ten dollars costs and printing disbursements, and motion denied, with ten dollar costs. Mem. by BOCKES. J.

REUBEN D. PATH *v.* LE GRAND B. DAVIDSON. — Order affirmed, with ten dollars costs and printing disbursements.

WALTER S. CHURCH, *Respondent, v.* ANNA E. SHULTES, *Appellant.* Motion for reargument denied; order modified so as to direct issue to be tried on eight days' notice of trial. Restitution to be stayed for forty days, to enable issue to be tried.